UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHN WALSTON,

                                 Plaintiff(s),

                -against-

CITY OF NEW YORK, et al.,

                                Defendant(s),
------------------------------------------------------------X

15 Civ. 5203 (LGS)

<u>SCHEDULING ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 19, 2016

LORNA G. SCHOFIELD, District Judge:

      Whereas this case has been assigned to me for all purposes and has been assigned to the Southern District of New York Section 1983 Case Management Plan.  It is hereby,

      ORDERED that counsel for all parties appear for a status conference with the Court at the time and place listed below.  All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.  Counsel who appear must be prepared to discuss the merits of the case, argue any motions and discuss any pending discovery issues.  Counsel are directed to review and comply with the Court's Individual Rules and Procedures ("Individual Rules") (available at the Court's website, http://nysd.uscourts.gov/judge/Schofield).

      ORDERED that, **at least 7 days before the conference**, counsel shall file (1) <u>a joint Proposed Civil Case Management Plan and Scheduling Order</u> using the form available at the Court's website (http://nysd.uscourts.gov/judge/Schofield), and omitting any items that are no longer relevant; and (2) <u>a joint status letter</u> not to exceed 5 pages and addressing the following subjects:

1. A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case, whether by trial, settlement or dispositive motion;

2. A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made at the status conference;

3. A brief description of any discovery that has already taken place, and any discovery that is likely to be admissible under the Federal Rules of Evidence and material to proof of claims and defenses raised in the pleadings.  (This is narrower than the general scope of discovery stated in Rule 26(b)(1));

4. A computation of each category of damages claimed, *see* Fed. R. Civ. P. 26(a)(1)(A)(iii);

5. A statement of procedural posture;

6. A statement describing the status of any settlement discussions; and

7. Any other information that the parties believe may assist this Court in resolving the action.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via email to the Orders and Judgment Clerk at the following email address: orders_and_judgments@nysd.uscourts.gov.

Any request for an extension or adjournment shall be made only by letter as provided in Individual Rule I.B.2 and must be received at least 48 hours before the deadline or conference. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

**DATE AND PLACE OF CONFERENCE**: **February 2, 2016**, at **10:40 a.m**, in **Courtroom 1106** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New York, New York.

SO ORDERED.

Dated: January 19, 2016
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE