UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JOHN WALSTON,

                              Plaintiff,

-against-

CITY OF NEW YORK, Undercover Officer #12; Detective JUAN NOLASCO, Shield No. 2379; Lieutenant MICHAEL DUNN; Detective ANTHONY RUMPH, Shield No. 06686; Detective FRAM ROEKTHANOM, Shield No. 07359; Police Officer ANDRE ARIAS, Shield No. 9366; Detective CARLOS MARCHENA, Shield No. 06212; Police Officer JOSE CINTRON, and JOHN and JANE DOE 1 through 10, individually and in their official capacities,

                              Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15CV5203 (LGS) (FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2016

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
          May 9, 2016

BAREE N. FETT
*Attorney for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007

By: _____
    Baree N. Fett
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for City Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Tavish Deatley
    *Assistant Corporation Counsel*

**SO ORDERED** Dated: May 12, 2016
                      New York, New York

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE